UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS PENSION FUND, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>MEASUREMENT INSTRUMENTATION AND CONTROLS, INC., *et al*.,<br><br>Defendants. | Case No. 1:23-cv-0744-CDB<br><br>ORDER REQUIRING DEFENDANT KEY STAFFING, INC. TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT THE JULY 17, 2024, MOTION HEARING<br><br>(Doc. 42)<br><br><u>Three-day Deadline</u> |

On June 11, 2024, Counsel Bryan L. Hawkins, Counsel Robert Sarkisian, and Stoel Rives, LLP, filed a renewed motion to withdraw as counsel of record for Defendants Measurement Instrumentation and Controls, Inc., Key Electric, Inc., Robert Smith, and Sharyn Smith. (Doc. 40). No party filed an opposition to the motion.

On July 17, 2024, the Court convened for a hearing on the motion to withdraw. (Doc. 42). Counsel Tiffany Lena appeared on behalf of Plaintiffs and Counsel Bryan L. Hawkins appeared on behalf of the moving Defendants. *Id*. No counsel appeared for Defendant Key Staffing, Inc., or notified the Court of the reason for his absence. *Id.*

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Here, the hearing on moving Defendants' motion had been noticed well in advance. In advance of the hearing, Defendant Key Staffing, Inc., made no filing providing its position on the motion to withdraw and, separately, failed to appear at the hearing. If counsel for Defendant Key Staffing, Inc. was unable to timely appear, or intended to not appear, he had a duty to contact the Court and/or other counsel prior to the hearing.

Accordingly, IT IS HEREBY ORDERED, that Defendant Key Staffing, Inc. shall show cause in writing within three (3) days of entry of this order why sanctions should not be imposed for its failure to timely appear at the motion hearing.

**Failure to comply with this order to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **July 17, 2024**

_____
UNITED STATES MAGISTRATE JUDGE