UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MEASUREMENT INSTRUMENTATION AND CONTROLS, INC., *et al.*,<br><br>Defendants. | Case No. 1:23-cv-0744-CDB<br><br>ORDER DISCHARGING JULY 17, 2024, ORDER TO SHOW CAUSE<br><br>(Doc. 44) |

On July 17, 2024, the Court issued an order to show cause why sanctions should not be imposed for Defendant Key Staffing, Inc.'s failure to appear for a hearing on Counsel Bryan L. Hawkins, Counsel Robert Sarkisian, and Stoel Rives, LLP's motion to withdraw. (Doc. 44). In response to the show cause order, on July 18, 2024, Counsel for Defendant Key Staffing, Inc. filed a declaration. (Doc. 45). In it, Counsel attests his absence from the motion hearing was due to an oversight brought about by his focus on an unrelated matter in state court earlier the same morning.

To determine whether neglect is excusable, a court must consider four factors: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *In*

1

1  *re Veritas Software Corp. Sec. Litig*., 496 F.3d 962, 973 (9th Cir. 2007).

2       The Court finds Counsel for Defendant Key Staffing, Inc.'s sworn representations reflect excusable neglect and that good cause exists to discharge the show cause order without imposition of sanctions.  Accordingly, IT IS HEREBY ORDERED, the Court's July 17, 2024, order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **July 18, 2024**

UNITED STATES MAGISTRATE JUDGE