UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS PENSION FUND, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>MEASUREMENT INSTRUMENTATION AND CONTROLS, INC., *et al*.,<br><br>Defendants. | Case No. 1:23-cv-00744-CDB<br><br>ORDER STAYING PROCEEDINGS IN THIS MATTER AGAINST DEFENDANTS KEY ELECTRIC, INC., ROBERT DAVID SMITH, AND SHARYN SMITH PURSUANT TO 11 U.S.C. § 362<br><br>(Doc. 51)<br><br>ORDER REQUIRING PLAINTIFFS AND DEFENDANT KEY STAFFING, INC., TO FILE JOINT STATUS REPORT AS TO STAYING ENTIRE ACTION<br><br>**21-DAY DEADLINE** |

Plaintiffs initiated this action with the filing of a complaint on May 14, 2023, in which they raise the following claims against Defendants: (1) violation of ERISA, and (2) accounting. (Doc. 1). The operative scheduling order was entered on October 11, 2023 (Doc. 17). Discovery has closed and dispositive motions are due for filing by August 19, 2024. *Id.*

On July 22, 2024, Defendant Key Staffing, Inc., filed a notice of suggestion of bankruptcy indicating that on July 2, 2024, Defendants Key Electric, Inc., Robert David Smith and Sharyn Smith each filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of California for relief under chapter 7 of the United States Bankruptcy Code

(the "Bankruptcy Code"). (Doc. 51). The bankruptcy cases are pending under case numbers 24-11852 (Robert David Smith and Sharyn Smith) and 24-11853 (Key Electric, Inc.).

Pursuant to Section 362 of the Bankruptcy Code, all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. 11 U.S.C. § 362(a) (staying "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title"); *see In re Schwartz-Tallard*, 803 F.3d 1095, 1097 (9th Cir. 2015) ("When a debtor files for bankruptcy, the Bankruptcy Code imposes an automatic stay on virtually all actions against the debtor to collect pre-petition debts.") (citing 11 U.S.C. § 362(a)).

The Court has no information as to the pendency of any bankruptcy proceedings filed by or involving Defendant Measurement Instrumentation and Controls, Inc. ("MIC"), the other Defendant in this action that is alleged to be associated with Defendants Robert David Smith and Sharyn Smith (*see* Doc. 1 ¶ 30). Although former counsel for Defendant MIC was granted leave to withdraw on July 17, 2024, and Defendant MIC has not yet complied with the Court's order to obtain new counsel and file notices of appearance (*see* Doc. 43), the Court will order Plaintiffs and non-debtor Defendant Key Staffing, Inc., to file a joint status report within 21 days indicating whether this action should proceed in some manner against Defendant MIC and/or Defendant Key Staffing, Inc., or whether this matter should be stayed in its entirety. *See, e.g., J & J Sports Prods., Inc. v. Brar*, No. 2:09-cv-3394-GEB-EFB, 2012 WL 4755037, at *1 (E.D. Cal. Oct. 3, 2012) (acknowledging that while automatic stay does not apply to other, non-bankrupt defendants, a court retains inherent authority to stay the entire action).

**Conclusion and Order**

For the reasons set forth above:

1. All proceedings in this matter against Defendants Key Electric, Inc., Robert David Smith, and Sharyn Smith, are STAYED pursuant to Section 362(a) of Title 11, United States Code; and

2. Within 21 days of service of this order, Plaintiffs and Defendant Key Staffing, Inc., shall file a joint status report addressing whether this matter should be stayed in its entirety and all matters vacated, as described above.

IT IS SO ORDERED.

Dated: __**July 30, 2024**__  _____
UNITED STATES MAGISTRATE JUDGE